1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    JOHN F. FORDLEY,                         No.  2:16-cv-1387-JAM-EFB P

12                    Plaintiff,

13         v.                                  ORDER

14    LIZARRAGA, et al.,

15                    Defendants.

16

17         Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief

18    under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to

19    28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

20         On October 4, 2017, the magistrate judge filed findings and recommendations herein

21    which were served on all parties and which contained notice to all parties that any objections to

22    the findings and recommendations were to be filed within fourteen days.  Neither party has filed

23    objections to the findings and recommendations.[1]

24         The court has reviewed the file and finds the findings and recommendations to be

25    supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY

26    ORDERED that:

27    _____

28    [1] Plaintiff did however, file additional motions for

                                             1

1.  The findings and recommendations filed October 4, 2017, are adopted in full; and

2.  Plaintiff's motion for a continuance (ECF Nos. 32, 33) is denied.

DATED: 12/19/2017

/s/ John A. Mendez_____

UNITED STATES DISTRICT COURT JUDGE