IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

**JOHN F. FORDLEY,**

                         Plaintiff,

      **v.**

**LIZARRAGA, et al.,**

                         Defendants.

Case No. 2:16-cv-01387-JAM-EFB (PC)

[~~PROPOSED~~] ORDER

Good cause having been shown, the discovery deadline in this matter, currently set for February 16, 2018, and the dispositive motion deadline, currently set for April 13, 2018, are VACATED.

**IT IS SO ORDERED.**

Dated: February 8, 2018.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE