UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN FREDERICK FORDLEY,<br><br>Plaintiff,<br><br>v.<br><br>JOE LIZARRAGA, et al.,<br><br>Defendants. | No. 2:16-cv-1387-JAM-EFB P<br><br><br><br>ORDER |

Plaintiff is a state prisoner proceeding without counsel this action brought pursuant to 42 U.S.C. § 1983. He has filed a motion to postpone his deposition, which had been scheduled for February 12, 2018. ECF No. 55. However, not only has that date passed, the undersigned has issued findings and recommendations on May 3, 2018, recommending that defendants' motion for summary judgment be granted. ECF No. 69. If that recommendation is adopted by the assigned district judge, there will be no need for further discovery. For these reasons, the request for postponement of the deposition is moot and therefore denied.

/////
/////
/////
/////
/////

1

The Clerk of Court is directed to mail this order to plaintiff's address of record at R.J. Donovan Correctional Facility and also serve a courtesy copy to plaintiff at his temporary address at Mule Creek State Prison:

> John Frederick Fordley
> AS-6507
> Mule Creek State Prison
> P.O. Box #409099
> Ione, CA 95640

DATED: July 12, 2018.

*/s/ Edmund F. Brennan*
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE